UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24913-CIV-WILLIAMS/SIMONTON

ELIESER CUBA OLIVA, CARLOS L )
MARQUEZ, MAIKEL RODRIGUEZ MARI, )
FELIX CASTRO ALVAREZ, *and all others* )
*similarly situated under 29 USC 216 (b)* )
)
)
      Plaintiffs, )
vs. )
)
)
THE THREE RABBITS, INC. d/b/a )
LOS TRES CONEJITOS, INC. )
ERNESTO J TARRE )
CRISTINA E SOSA )
)
      Defendants )

## PLAINTIFFS' STATEMENT OF CLAIM

    Come Now Plaintiffs, by and through undersigned counsel, pursuant to Court Order D.E. 9, and hereby file Plaintiffs' statement of claim and states as follows:

**A. Claim of Elieser Cuba Oliva:**

  **1) Period One:**

    1. Period of claim: 10/5/10 – 5/31/11 = 34 weeks
    2. Approximation of hours worked per a week: 93 hours
    3. Minimum wage rate (defaulted to Federal rate): $7.25/hr.
    4. Wage paid: $5.38/hr
    5. Minimum wage owed: $1.87/hr
    6. Minimum wages claimed: $1.87/hr X 93 hours a week X 34 weeks = $**5,912.94.**

  **2) Period Two:**

    1. Period of claim: 6/1/11 – 12/31/11 = 30 weeks (rounded down)
    2. Approximation of hours worked per a week: 93 hours
    3. Minimum wage rate: $7.31/hr.

   4. Wage paid: $5.38/hr.
   5. Minimum wage owed: $1.93/hr
   6. Minimum wages claimed: $1.93/hr X 93 hours X 30 weeks = **$ 5,384.70.**

3) **Period Three:**

   1. Period of claim: 1/1/12 – 12/31/12: 52 weeks
   2. Approximation of hours worked per a week: 93 hours.
   3. Minimum wage: $7.67/hr.
   4. Wage paid: $5.38/hr.
   5. Minimum wage owed: $2.29/hr.
   6. Halftime time wage claimed: $3.83/hr.
   7. Minimum wage claimed: $2.29/hr X 93 hours X 52 weeks = **$11,074.44.**
   8. Overtime wages claimed: $3.83/hr X 53 overtime hours a week X 52 weeks = **$10,555.48.**

4) **Period Four:**

   1. Period of claim: 1/1/13 – 12/31/13: 52 weeks
   2. Approximation of hours worked per a week: 93 hours.
   3. Minimum wage: $7.79/hr.
   4. Wage paid: $5.38/hr.
   5. Minimum wage owed: $2.41/hr
   6. Halftime time wage claimed: $3.89/hr.
   7. Amount owed: $2.41/hr X 93 hours a week X 52 weeks = **$11,654.76.**
   8. Overtime wages claimed: $3.89/hr X 53 overtime hours a week X 52 weeks = **$10,720.84.**

5) **Period Four:**

   1. Period of claim: 1/1/14 – 12/8/14: 48 weeks (rounded down)
   2. Approximation of hours worked per a week: 93 hours.
   3. Minimum wage: $7.93/hr.
   4. Wage paid: $5.38/hr

   5. Wage owed: $2.55/hr
   6. Halftime time wage claimed: $3.96/hr.
   7. Minimum wages claimed: $2.55/hr X 93 hours a week X 48 weeks = **$11,383.20.**
   8. Overtime wages claimed: $3.96/hr X 53 overtime hours a week X 48 weeks = **$10,074.24.**
   9. Total claim: $76,760.60 multiplied by 2 as liquidated damages = **$153,521.20.**

B. <u>**Claim of Carlos L Marquez:**</u>

   1) <u>**Period One:**</u>

      1. Period of claim: 8/15/12 – 12/31/12: 19 weeks
      2. Hours (worked per week:) 82 hours.
      3. Minimum wage: $7.67/hr.
      4. Wage paid: $7.31/hr
      5. Minimum wage owed: $0.36/hr
      6. Halftime time wage claimed: $3.83/hr.
      7. Minimum wages claimed: $0.36/hr X 82 hours X 19 weeks = **$560.88.**
      8. Overtime wages claimed: $3.83/hr X 42 overtime hours a week X 19 weeks = **$3,056.34.**

   2) <u>**Period Two:**</u>

      1. Period of claim: 1/1/13 – 12/31/13: 52 weeks
      2. Hours (worked per week:) 82 hours.
      3. Minimum wage: $7.79/hr.
      4. Wage paid: $7.31/hr
      5. Minimum wage owed: $0.48/hr.
      6. Halftime time wage claimed: $3.89/hr.
      7. Minimum wage claimed: $0.48/hr X 82 hours X 52 weeks = **$2,046.72.**
      8. Overtime wages claimed: $3.89/hr X 42 overtime hours a week X 52 weeks = **$8,495.76.**

### 3) Period Three:

1. Period of claim: 1/1/14 – 12/8/14: 48 weeks (rounded down)
2. Hours (worked per week:) 82 hours.
3. Minimum wage: $7.93/hr.
4. Wage paid: $7.31/hr
5. Wage owed: $0.62/hr.
6. Halftime time wage claimed: $3.96/hr.
7. Amount owed: $0.62/hr X 82 hours X 48 weeks = **$2,440.32.**
8. Overtime wages claimed: $3.89/hr X 42 overtime hours a week X 48 weeks = **$7,842.24**
9. Total claim: $24,442.26 multiplied by 2 as liquidated damages = **$48,884.52**

## C. Claim of Maikel Rodriguez Mari:

### 1) Period One:

1. Period of claim: 2/9/11 – 5/31/11: 15 weeks
2. Hours (worked per week:) 82 hours
3. Minimum wage (defaulted to Federal rate): $7.25/hr.
4. Wage paid: $7.01/hr
5. Wage owed: $0.24/hr
6. Amount owed: $0.24/hr X 82 hours X 15 weeks = **$295.20.**

### 2) Period Two:

1. Period of claim: 6/1/11 – 12/31/11: 30 weeks (rounded down)
2. Hours (worked per week:) 82 hours
3. Minimum wage: $7.31/hr.
4. Wage paid: $7.01/hr
5. Wage owed: $0.30/hr
6. Minimum wage claimed: $0.30/hr X 82 hours X 30 weeks = **$738.00.**

### 3) Period Three:

1. Period of claim: 1/1/12 – 12/31/12: 52 weeks

    2. Hours (worked per week:) 82 hours
    3. Minimum wage: $7.67/hr.
    4. Wage paid: $7.01/hr
    5. Minimum wage owed: $0.66/hr.
    6. Halftime overtime rate claimed: $3.83
    7. Minimum wage claimed: $0.66/hr X 82 hours X 52 weeks = **$2,814.24.**
    8. Overtime wages claimed: $3.83/hr X 42 overtime hours a week X 52 weeks = **$8,299.20**

**4) Period Four:**

    1. Period of claim: 1/1/13 – 12/31/13: 52 weeks
    2. Hours (worked per week:) 82 hours
    3. Minimum wage: $7.79/hr.
    4. Wage paid: $7.01/hr
    5. Minimum wage owed: $0.78/hr
    6. Halftime overtime rate claimed: $3.89
    7. Minimum wage claimed: $0.78/hr X 52 weeks X 82 hours = **$3,325.92.**
    8. Overtime wages claimed: $3.89/hr X 42 overtime hours a week X 52 weeks = **$8,495.76.**

**5) Period Five:**

    1. Period of claim: 1/1/14 – 11/18/14: 45 weeks (rounded down)
    2. Hours (worked per week:) 82 hours
    3. Minimum wage: $7.93/hr.
    4. Wage paid: $7.01/hr
    5. Minimum wage owed: $0.92/hr
    6. Halftime overtime rate claimed: $3.96
    7. Minimum wage claimed: $0.92/hr X 82 hours X 45 weeks = **$3,394.80.**
    8. Overtime wages claimed: $3.96/hr X 42 overtime hours a week X 45 weeks = **$7,484.40.**
    9. Total claim: $34,847.52 multiplied by 2 as liquidated damages = **$69,695.04.**

D. **Claim of Felix Castro Alvarez:**

1. Period Claimed: 5/14/14 – 12/5/14: 21 weeks (rounded down) (29 weeks – 8 weeks = 21 weeks)
2. Hours (worked per week:) 77 hours
3. Minimum wage: $7.93/hr.
4. Wage paid: $3.11/hr
5. Minimum wage owed: $4.82/hr.
6. Halftime overtime rate claimed: $3.96
7. Minimum wages claimed: $4.82/hr X 77 hours X 21 weeks = **$7,793.94.**
8. Overtime wages claimed: $3.96/hr X 37 overtime hours a week X 21 weeks = **$3,076.92.**
9. Total claim: $34,847.52 multiplied by 2 as liquidated damages = **$10,870.86.**

E. **Combined claim:**

1. **$282,971.62** plus reasonable attorneys' fees and costs.
2. Fees incurred to date $1,355.00 plus costs, broken down as follows:

    1) J.H. Zidell, Esq. 1.5 hours at an hourly rate of $350/hr. = $525.

    2) Daniel T. Feld, Esq. 1.4 hours at an hourly rate of $250/hr. = $350.

    3) Rivkah Jaff, Esq. 2.4 hours at an hourly rate of $200/hr. = $480.

> Respectfully Submitted,
>
> Daniel Feld, Esq.
> J.H. Zidell, P.A.
> Attorney for Plaintiffs
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865 – 7167
> Email: DanielFeld.Esq@gmail.com
>
> By:__/s/ Daniel Feld _____
>     Daniel Feld, Esq.
>     Florida Bar Number: 0037013

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Statement of Claim was sent via CM/ECF to [no attorney has appeared on behalf of Defendants] on this 15th day of January 2015.

>Daniel Feld, Esq.
>J.H. Zidell, P.A.
>Attorney for Plaintiffs
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865 – 7167
>Email: DanielFeld.Esq@gmail.com
>
>By:__/s/ Daniel Feld _____
>    Daniel Feld, Esq.
>    Florida Bar Number: 0037013