### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

#### CASE NO: 14-CIV-24913-WILLIAMS/SIMONTON

ELIESER CUBA OLIVA, CARLOS L.
MARQUEZ, MAIKEL RODRIGUEZ MARI
FELIX CASTRO ALVAREZ and all others
similarly situated under 29 U.S.C. 216(b),

       *Plaintiffs*,

v.

THE THREE RABBITS INC, a Florida
Corporation, d/b/a Los Tres Conejitos, Inc.,
ERNESTO J. TARRE, and CRISTINA
SOSA,

       *Defendants*.

_____/

#### <u>DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM</u>

Defendants, THE THREE RABBITS, INC. d/b/a LOS TRES CONEJITOS, INC., (hereinafter "Three Rabbits"), ERNESTO J. TARRE, (hereinafter "Tarre"), and CRISTINA SOSA, (hereinafter "Sosa") (collectively the "Defendants"), files their Response to Plaintiff's Statement of Claim ("Claim") [DE 10], and state as follows:

1. **<u>Amount of unpaid wages:</u>** Defendants deny and disagree with Plaintiffs' Statement of Claim [DE 10]. Additionally, Defendants deny that Plaintiffs are owed liquidated damages, interests, costs, and reasonable attorney's fees and costs.

2. **<u>Calculation of unpaid wages:</u>**

    a. Elieser Cuba Oliva, (hereinafter referred to as "Oliva"), was employed by Three Rabbits from June 26, 2013 through November 22, 2014, for a total of

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Page **1** of **10**

twenty (20) hours a week.  Oliva is not owed any unpaid overtime wages. Defendants' chart of wages paid to Oliva during his time of employment are as follows:

| Dates | Hours/ Payment |
|---|---|
| Saturday, J u ne 29, 2013 | 20 hrs $175.00 Cash |
| Saturday, July 06, 2013 | 20 hrs $175.00 check $100 bonus |
| Saturday, July 13, 2013 | 20 hrs $175.00 Cash |
| Saturday, August 10, 2013 | 20 hrs $175.00 Cash |
| Saturday, August 31, 2013 | 20 hrs $175.00 Cash |
| Saturday, September 07, 2013 | 20 hrs $175.00 Cash |
| Saturday, September 14, 2013 | 20 hrs $175.00 cash $100 bonus |
| Saturday, September 21, 2013 | 20 hrs $175.00 Cash |
| Saturday, September 28, 2013 | 20 hrs $17S.OO Cash |
| Saturday, November 09, 2013 | 20 hrs $175.00 Cash |
| Saturday, November 16, 2013 | 20 hrs $175.00 Cash |
| Saturday, November 23, 2013 | 20 hrs $175.00 cash $100 bonus |
| Saturday, November 30, 2013 | 20 hrs $175.00 Cash |
| Saturday, December 21, 2013 | 20hrs $175.00 Cash |
| Saturday, December 28, 2013 | 20 hrs $175.00 cash $100 bonus |
| Saturday, January 04, 2014 | 20 hrs $175.00 check |
| Saturday, January 11, 2014 | 20 hrs $175.00 check |
| Saturday, January 18, 2014 | 20 hrs $175.00 check |
| Saturday, January 25, 2014 | 20 hrs $175.00 check |
| Saturday, February 01, 2014 | 20 hrs $175.00 check |
| Saturday, February 08, 2014 | 20 hrs $175.00 check |
| Saturday, February 15, 2014 | 20 h rs $175.00 check $100 bonus |
| Saturday, February 22, 2014 | 20 hrs $175.00 check |

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Page **2** of **10**

| | |
|---|---|
| Saturday, March 01, 2014 | 20 hrs $175.00 check |
| Saturday, March 08, 2014 | 20 hrs $175.00 check |
| Saturday, March 15, 2014 | 20 hrs $175.00 check |
| Saturday, March 22, 2014 | 20 hrs $175.00 check |
| Saturday, March 29, 2014 | 20 hrs $175.00 check |
| Saturday, April 05, 2014 | 20 hrs $175.00 check |
| Saturday, April 12, 2014 | 20 hrs $175.00 check |
| Saturday, April 19, 2014 | 20 hrs $175.00 check |
| Saturday, April 26, 2014 | 20 hrs $175.00 check |
| Saturday, May 03, 2014 | 20 hrs $175.00 check |
| Saturday, May 10, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, May 17, 2014 | 20 hrs $175.00 check |
| Saturday, May 24, 2014 | 20 hrs $175.00 check |
| Saturday, May 31, 2014 | *20* hrs $175.00 check |
| Saturday, June 07, 2014 | 20 hrs $175.00 check |
| Saturday, June 14, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, June 21, 2014 | 20 hrs $175.00 check |
| Saturday, June 28, 2014 | 20 hrs $175.00 check |
| Saturday, July 05, 2014 | 20 hrs $175.00 check |
| Saturday, July 12, 2014 | 20 hrs $175.00 check |
| Saturday, July 19, 2014 | 20 hrs $175.00 check |
| Saturday, July 26, 2014 | 20 hrs $175.00 check |
| Saturday, August 02, 2014 | 20 h rs $175.00 check |
| Saturday, August 09, 2014 | 20 hrs $175.00 check |
| Saturday, August 16, 2014 | 20 hrs $175.00 check |
| Saturday, August 23, 2014 | 20 hrs $175.00 check |
| Saturday, August 30, 2014 | 20 hrs $175.00 check |
| Saturday, September 06, 2014 | 20 hrs $175.00 check |

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

| | |
|---|---|
| Saturday, September 13, 2014 | 20 hrs $175.00 check |
| Saturday, September 20, 2014 | 20 hrs $175.00 check |
| Saturday, September 27, 2014 | 20 hrs $175.00 check |
| Saturday, October 04, 2014 | 20 hrs $175.00 check |
| Saturday, October 11, 2014 | 20 hrs $175.00 check |
| Saturday, October 18, 2014 | 20 hrs $175.00 check |
| Saturday, October 25, 2014 | 20 hrs $175.00 check |
| Saturday, November 01, 2014 | 20 hrs $175.00 check |
| Saturday, Novem ber 08, 2014 | 20 hrs $175.00 check |
| Saturday, Novem ber 15, 2014 | 20 h rs $175.00 check |
| Saturday, November 22, 2014 | 20 hrs $175.00 check $100 bonus |

b. Carlos Marquez, (hereinafter referred to as "Marquez"), was employed by Three Rabbits from February 5, 2014 through November 8, 2014, for a total of twenty (20) hours a week. Marquez is not owed any unpaid overtime wages. Defendants' chart of wages paid to Marquez during his time of employment are as follow:

| Dates | Hours/Payment |
|---|---|
| Saturday, February 08, 2014 | 20hrs $200.00 Cash |
| Saturday, February 15, 2014 | 20hrs $200.00 Cash |
| Saturday, May 03, 2014 | 20h rs $200.00 Cash |
| Saturday, May 10, 2014 | 20hrs $200.00 Cash |
| Saturday, June 14, 2014 | 20hrs $200.00 Cash |
| Saturday, June 21, 2014 | 20hrs $200.00 Cash |
| Saturday, June 28, 2014 | 20hrs $200.00 Cash |
| Saturday, September 06, 2014 | 20hrs $200.00 Cash |

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Page **4** of **10**

| Saturday, September 13, 2014 | 20hrs $200.00 Cash |
|---|---|
| Saturday, September 20, 2014 | 20hrs $200.00 Cash |
| Saturday, September 27, 2014 | 20hrs $200.00 Cash |
| Saturday, October 18, 2014 | 20hrs $200.00 Cash |
| Saturday, October 25, 2014 | 20hrs $200.00 Cash |
| Saturday, November 01, 2014 | 20hrs $200.00 Cash |
| Saturday, November 08, 2014 | 20hrs $200.00 Cash |

    c.  Maikel Rodriguez Mari (hereinafter referred to as "Mari"), was employed by Three Rabbits from October 8, 2013 through November 22, 2014, for a total of twenty (20) hours a week.  Mari is not owed any unpaid overtime wages. Defendants' chart of wages paid to Marquez during his  time of employment are as follows:

| Dates | Hours/ Payment |
|---|---|
| Saturday, October 12, 2013 | 20 hrs $175.00 Cash |
| Saturday, October 19, 2013 | 20 hrs $175.00 Cash |
| Saturday, October 26, 2013 | 20 hrs $175.00 Cash |
| Saturday, November  02, 2013 | 20 hrs $175.00 Cash |
| Saturday, November 09, 2013 | 20 hrs $175.00 Cash |
| Saturday, November 16, 2013 | 20 hrs $175.00 Cash |
| Saturday, November 23, 2013 | 20 hrs $175.00 check $100 bonus |
| Saturday, November 30, 2013 | 20 hrs $175.00 check $100 bonus |
| Saturday, December 07, 2013 | 20 hrs $175.00 Cash |
| Saturday, December 14, 2013 | 20 hrs $175.00 Cash |
| Saturday, December 21, 2013 | 20 hrs $175.00 check $100 bonus |
| Saturday, December 28, 2013 | 20 hrs $175.00 check $100 bonus |

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Page **5** of **10**

| | |
|---|---|
| Saturday, January 04, 2014 | 20 hrs $175.00 check |
| Saturday, January 11, 2014 | 20 hrs $175.00 check |
| Saturday, January 18, 2014 | 20 hrs $175.00 check |
| Saturday, January 25, 2014 | 20 hrs $175.00 check |
| Saturday, February 01, 2014 | 20 hrs $175.00 check |
| Saturday, February 08, 2014 | 20 hrs $175.00 check |
| Saturday, February 15, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, February 22, 2014 | 20 hrs $175.00 check |
| Saturday, Ma rch 01, 2014 | 20 hrs $175.00 check |
| Saturday, Ma rch 08, 2014 | 20 hrs $175.00 check |
| Saturday, March 15, 2014 | 20 hrs $175.00 check |
| Saturday, Ma rch 22, 2014 | 20 hrs $175.00 check |
| Saturday, Ma rch 29, 2014 | 20 hrs $175.00 check |
| Saturday, April 05, 2014 | 20 hrs $175.00 check |
| Saturday, April 12, 2014 | 20 hrs $175.00 check |
| Saturday, April 19, 2014 | 20 hrs $175.00 check |
| Saturday, April 26, 2014 | 20 hrs $175.00 check |
| Saturday, May 03, 2014 | 20 hrs $175.00 check |
| Saturday, May 10, 2014 | 20 hrs $175.00 check $100 bon us |
| Saturday, May 17, 2014 | 20 hrs $175.00 check |
| Saturday, May 24, 2014 | 20 hrs $175.00 check |
| Saturday, May 31, 2014 | 20 hrs $175.00 check |
| Saturday, June 07, 2014 | 20 hrs $175.00 check |
| Saturday, June 14, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, June 21, 2014 | 20 hrs $175.00 check |
| Saturday, June 28, 2014 | 20 hrs $175.00 check |
| Saturday, July OS, 2014 | 20 hrs $175.00 check |
| Saturday, July 12, 2014 | 20 hrs $175.00 check |

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

| | |
|---|---|
| Saturday, July 19, 2014 | 20 hrs $175.00 check |
| Saturday, July 26, 2014 | 20 hrs $175.00 check |
| Saturday, August 02, 2014 | 20 h rs $175.00 check |
| Saturday, August 09, 2014 | 20 h rs $175.00 check |
| Saturday, August 16, 2014 | 20 hrs $175.00 check |
| Saturday, August 23, 2014 | 20 h rs $175.00 check |
| Saturday, August 30, 2014 | 20 h rs $175.00 check |
| Saturday, September 06, 2014 | 20 hrs $175.00 check |
| Saturday, September 13, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, September 20, 2014 | 20 hrs $175.00 check |
| Saturday, September 27, 2014 | 20 hrs $175.00 check |
| Saturday, October 04, 2014 | 20 hrs $175.00 check |
| Saturday, October 11, 2014 | 20 hrs $175.00 check |
| Saturday, October 18, 2014 | 20 hrs $175.00 check |
| Saturday, October 25, 2014 | 20 hrs $175.00 check |
| Saturday, Novem ber 01, 2014 | 20 hrs $175.00 check |
| Saturday, Novem ber 08, 2014 | 20 hrs $175.00 check |
| Saturday, November 15, 2014 | 20 hrs $175.00 check $100 bonus |
| Saturday, November 22, 2014 | 20 hrs $175.00 check |

    d.   Felix Castro Alvarez, (hereinafter referred to as "Alvarez"), was employed by Three Rabbits from October 3, 2014 through December 7, 2014, for a total amount of twenty-five (25) hours a week.  Alvarez is not owed any unpaid overtime wages.  Defendants' chart of wages paid to Marquez during his  time of employment are as follows:

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

| Dates | Hours/Payment |
|---|---|
| Sunday, October 05, 2014 | 25hrs $215.00 |
| Sunday, October 12, 2014 | 25hrs $215.00 |
| Sunday, October 19, 2014 | 25hrs $215.00 |
| Sunday, October 26, 2014 | 25hrs $215.00 |
| Sunday, November 02, 2014 | 25hrs $215.00 |
| Sunday, November 09, 2014 | 2Shrs $215.00 |
| Sunday, November 16, 2014 | 25hrs $215.00 |
| Friday, November 21,2014 | 2Shrs $215.00 |
| Sunday, November 30, 2014 | 25hrs $215.00 |
| Sunday, December 07, 2014 | 25hrs $215.00 |

3. **Nature of wages**: Defendants deny that the Plaintiffs are owed any amount for liquidated damages. Defendants have paid all the employees for both their regular wages and compensation.

4. **Total Amount of Damages Sought:** Defendants deny that Plaintiffs are owed an amount totaling $282,971.62, as Plaintiffs' Statement of Claim indicates. Defendants acknowledge that this court has discretion to award reasonable attorney fees, however Defendants do not believe that Plaintiffs are entitled to liquidated damages.

5. **Conclusion:** Plaintiffs are not entitled to the damages listed in the Statement of Claim.  Given the nature of the business that the Defendants engaged in and established case law, Defendants' actions did not rise to the level to award Plaintiffs liquidated damages.

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Respectfully submitted,

**DORTA & ORTEGA, P.A.**


___/s/_____
/s/**Rey Dorta, Esq.**
Florida Bar No. 0084920
**Aileen J. Martin, Esq.**
Florida Bar No. 0113009
RDorta@dortaandortega.com
AMartin@dortaandortega.com
HReyes@dortaandortega.com
3860 SW 8th St, PH
Coral Gables, Florida 33134
Phone:      (305) 461-5454
Facsimile: (305) 461-5226

*Counsel for Defendants*

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim

Page **9** of **10**

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**J.H. Zidell, P.A.**
Mr. J.H. Zidell, Esq.
Mr. Daniel Feld, Esq.
Mr. Steven Fraser, Esq.
300 71 Street, Suite 605
Miami Beach, Florifa 33141
Tel: (305) 865-6766
Email: ZAbogado@aol.com
Email: DanielFeld.Esq@gmail.com
Email:  Steven.Fraser.Esq@gmail.com

                                            _____/s/_____
                                              /s/**REY DORTA**

*Elieser Cuba Oliva v. The Three Rabbits, Inc., et. al.*; Case No. 14-CIV-24913
Defendants' Response to Plaintiffs' Statement of Claim