UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24913-CIV-WILLIAMS/SIMONTON

ELIESER CUBA OLIVA, FELIX CASTRO )
ALVAREZ, MAIKEL RODRIGUEZ MARI, )
CARLOS L. MARQUEZ, *and all others similarly* )
*situated under 29 U.S.C. 216(B)* )
                                                                           Plaintiffs, )
    vs. )
            )
THE THREE RABBITS, INC. )
CRISTINA E. SOSA )
ERNESTO J. TARRE )
            )
           Defendants )
_____ )

## PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY

Come Now Plaintiffs, by and through undersigned counsel, and hereby request that Daniel T. Feld, Esq. be withdrawn as an attorney of record on behalf of Plaintiffs in this case, and request that he be removed from the service list in this matter.

## STATEMENT OF FACTS

1. Daniel T. Feld, Esq., was an associate with J.H. Zidell P.A.

2. Effective February 27, 2015, Daniel T. Feld, Esq. resigned his employment with J.H. Zidell P.A.

3. J.H. Zidell P.A. remains counsel of record and all attorneys therewith who have appeared in this action other than Daniel T. Feld, Esq., shall remain counsel of record on behalf of Plaintiffs.

Wherefore, Plaintiffs respectfully request that the Court enter an Order terminating Daniel T. Feld, Esq., as an attorney of record in this action.

**GOOD FAITH CONFERRAL PURSUANT TO S.D.L.R. 7.1**

The undersigned attorney certified that he has conferred with counsel for Defendants and that he has no objection to the relief sought herein.

Respectfully Submitted,

Daniel T. Feld, Esq.
Daniel T. Feld, P.A.
20801 Biscayne Blvd., Suite 403
Aventura, Florida 33180
Tel: (786) 923-5899
Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld _____
   Daniel T. Feld, Esq.
   Florida Bar Number: 0037013

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Plaintiffs' Motion to Withdraw was sent via CM/ECF to Reinaldo J. Dorta, Jr., Dorta & Ortega, P.A., 3860 SW 8th Street, PH, Coral Gables, Florida 33134, Fax: (305) 461-5226, email: rdorta@dortaandortega.com, on this 11th day of March 2015.

Daniel T. Feld, Esq.
Daniel T. Feld, P.A.
20801 Biscayne Blvd., Suite 403
Aventura, Florida 33180
Tel: (786) 923-5899
Email: DanielFeld.Esq@gmail.com

By:__/s/ Daniel T. Feld _____
   Daniel T. Feld, Esq.
   Florida Bar Number: 0037013
