UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24913-CIV-WILLIAMS/SIMONTON

ELIESER CUBA OLIVA, FELIX CASTRO )
ALVAREZ, MAIKEL RODRIGUEZ MARI, )
CARLOS L. MARQUEZ, *and all others similarly* )
*situated under 29 U.S.C. 216(B)* )
　　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Plaintiffs, )
　　vs. )
　　　　　　　　　　　　　　　　　　　　　　　　 )
THE THREE RABBITS, INC. )
CRISTINA E. SOSA )
ERNESTO J. TARRE )
　　　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　Defendants )
_____ )

## ORDER GRANTING MOTION TO WITHDRAW ATTORNEY

This cause, having come before the Court on Plaintiffs' Motion to Withdraw Attorney, and the Court being duly advised in the premises, it

ORDERED AND ADJUDGED that the Motion to Withdraw Attorney Daniel T. Feld, Esq., as counsel for Plaintiffs is hereby Granted. The law firm of J.H. Zidell, P.A. will remain counsel of record and all other attorneys therewith who have appeared in this action shall remain counsel of record on behalf of Plaintiffs. The clerk is instructed to remove Daniel T. Feld, Esq. from receiving further filings in this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this _____ day of March 2015.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**DARRIN P. GAYLES**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

cc: All Counsel of Record